B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Indiana

In re  Robert Pilja                              ,      Case No. 18-21868-kl
       Kathryn S. Pilja

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Surf City Investors LLC                                    Kirkland Financial LLC

      Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee              Court Claim # (if known): 4
should be sent:                                           Amount of Claim: $87,607.56
C/O SN Servicing Corp.                                    Date Claim Filed: 07/30/2018
323 5th Street
Eureka, CA 95501

Phone: 800-603-0836                                       Phone: 888-595-9536
Last Four Digits of Acct #: 9887                          Last Four Digits of Acct. #: 3531

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _____[signature]_____                             Date: 01/23/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.


SERVICING CORPORATION
323 5TH STREET
EUREKA CA 95501

(800) 603-0836
Para Español, Ext. 2660 o 2643
8:00 a.m. – 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

January 24, 2019

ROBERT PILJA
KATHRYN PILJA
9429 WILDWOOD DR
HIGHLAND IN  46322

RE:  New Loan Number:      9887
     Old Loan Number:      3531
     Collateral: 9429 WILDWOOD DRIVE; HIGHLAND IN

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Customer:

The notice, which follows, is intended to inform you that the servicing of your mortgage loan has been assigned, sold or transferred. If the above-referenced loan is a closed-end, first lien, 1-4 unit residential (e.g., homes, condominiums, cooperative units and mobile homes) mortgage loan, this notice is being provided to you under Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605). When a state law requires this notice, this notice is being provided to you under state law. When neither Section 6 of RESPA nor state law requires this notice, this notice is being provided to you for your information.

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, has been assigned, sold or transferred from Kirkland Financial, LLC to SN Servicing Corporation for Surf City Investors LLC, effective January 11, 2019.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Kirkland Financial, LLC, PO Box 970, Goodlettsville, TN 37070. If you have any questions relating to the transfer of servicing from your present servicer call Customer Service at (888) 595-9536 Monday through Friday between 8:00 a.m. and 5:00 p.m. Central Time. This is a toll-free number.

Your new servicer will be **SN Servicing Corporation**.

The correspondence address for your new servicer is SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

The toll-free telephone number of your new servicer is (800) 603-0836. If you have any questions relating to the transfer of servicing to your new servicer call Jody Lee at (800) 603-0836 Monday through Friday between 8:00 a.m. and 5:00 p.m. Pacific Time. You may access your account and make payments via our secure website at https://borrower.snsc.com.

The date that your present servicer will stop accepting payments from you is January 10, 2019. The date that your new servicer will start accepting payments from you is January 11, 2019. Send all payments on or after January 11, 2019 to your new servicer.

**Make your payments payable to:**     **SN Servicing Corporation**

**Mail your payments to:**              **SN Servicing Corporation**
                                        **PO BOX 660820**
                                        **DALLAS, TX 75266-0820**

The transfer of servicing rights may affect the terms of or the continued availability of mortgage life or disability insurance or any other type of optional insurance in the following manner: SN Servicing Corporation will **not** continue to accept your insurance payments as a part of your monthly loan payment nor will it be responsible for the continuation of any such optional insurance coverage. You should take the following action to maintain coverage: contact your optional insurance carrier immediately for instructions on how to continue such optional insurance coverage.

You should also be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act (RESPA) (12 U.S.C. §2605):

During the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer before its due date may not be treated by the new loan servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. §2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgment within 5 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan, it must be sent to this address: SN Servicing Corporation, 323 Fifth St, Eureka, CA 95501.

Not later than 30 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 30-Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

You are hereby notified that this letter is being sent to you by SN Servicing Corporation, which is a debt collector. SN Servicing Corporation is attempting to collect a debt. Any information obtained by us will be used for that purpose. However, if you are in a bankruptcy proceeding or your debt has been discharged in bankruptcy, please read the next paragraph carefully for some important information.

*NOTICE TO ANY CUSTOMER IN BANKRUPTCY OR WHO HAS RECEIVED A DISCHARGE IN BANKRUPTCY:* Notwithstanding anything in this notice to the contrary, if you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case, or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not intended as a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, however, please also note that despite any such bankruptcy filing, we do continue to retain whatever rights we hold in the property that secures the obligation.

**SN Servicing Corporation for Surf City Investors LLC**
Customer Service Department

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:  CASE NO. 18-21868

ROBERTY PILJA  CHAPTER 13
KATHRYN S. PILJA

DEBTOR  JUDGE: KENT LINDQUIST

CERTIFICATE OF SERVICE

I certify that on February 1, 2019, a copy of the attached Transfer of Claim was sent to the following party/parties through the Court's ECF System:

Kimberly A. Mouratides, debtors' attorney: kim@kmmglawfirm.com

Nancy J. Gargula, U.S. Trustee; USTPRegion10.SO.ECF@usdoj.gov

Brian C. Hewitt, Attorney for Frist Merchants Bank; bhewitt@hewittlm.com

Paul R. Chael, Chapter 13 Trustee; aimee@pchael13.com

Seth R. Buitendorp, attorney for Centier Bank; seth@sethbuitendorp.com

I further certify that on February 1, 2019, a copy of the attached Transfer of Claim was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Kathryn S. Pilja
9429 Wildwood Drive
Highland, IN 46322

Robert Pilja
9429 Wildwood Drive
Highland, IN 46322

By: /s/ Daniel A. Cox
Daniel A. Cox, Surf City Investors, LLC