**Fill in this information to identify the case:**

Debtor 1: Robert Pilja

Debtor 2 (Spouse, if filing): Kathryn S. Pilja

United States Bankruptcy Court for the: Northern District of Indiana

Case number: 18-21868-kl

Official Form 410S1  **AMENDED**

# Notice of Mortgage Payment Change          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Surf City Investors LLC

**Court claim no.** (if known): 4

**Last 4 digits of any number you use to identify the debtor's account:** 9 8 8 7

**Date of payment change:** Must be at least 21 days after date of this notice: 09/21/2022

**New total payment:** Principal, interest, and escrow, if any: $ 449.43

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☒ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ _____    New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☐ No
   ☒ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: 4.500 %         New interest rate: 5.250 %

   Current principal and interest payment: $ 312.62    New principal and interest payment: $ 364.73

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

Debtor 1  **Robert Pilja**
　　　　　First Name　　Middle Name　　　　Last Name

Case number *(if known)* 18-21868-kl

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date 08/05/2022

Print: **Molly Slutsky Simons**
　　　　First Name　　Middle Name　　Last Name

Title Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
　　　　　Number　　　Street

Loveland　　　　　　　　　　OH　　45140
City　　　　　　　　　　　　State　　ZIP Code

Contact phone  513-444-4100

Email  bankruptcy@sottileandbarile.com



**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

ROBERT PILJA
9429 WILDWOOD DR
HIGHLAND IN  46322

July 28, 2022

RE: Loan Number: ▇▇▇▇▇▇▇▇

## Subsequent Interest Rate Adjustment Notice

THIS COMMUNICATION IS FROM A DEBT COLLECTOR. SN SERVICING CORPORATION, THEIR EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED BY US WILL BE USED FOR THAT PURPOSE.  TO THE EXTENT THAT YOU MAY HAVE RECEIVED A DISCHARGE IN BANKRUPTCY THIS COMMUNICATION SHOULD NOT BE CONSTRUED AS INTENT TO SUBJECT YOU TO PERSONAL LIABILITY FOR THE DISCHARGED DEBT.

### Changes to Your Mortgage Interest Rate and Payments on August 21, 2022

**Under the terms of your Adjustable-Rate Mortgage (ARM), you had a one-month period during which your interest rate stayed the same. That period ends on August 21, 2022, so on that date your interest rate and mortgage payment change. After that, your interest rate may change monthly for the rest of your loan term.**

|  | **Current** Rate and Monthly Payment | **New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 4.50% | 5.25% |
| Principal | -none- | -none- |
| Interest | 312.62 | 364.73 |
| Escrow (Taxes and Insurance) | 84.70 | 84.70 |
| **Total Monthly Payment** | **$397.32** | **$449.43** (due September 21, 2022) |

**IMPORTANT:** To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this statement is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation. However, Creditor retains rights under its security instrument, including the right to foreclose its lien.

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin." Under your loan agreement, your index rate is the 1st B.Day- WSJ Prime and your margin is 0.50%. The 1st B.Day- WSJ Prime index is published Monthly in The Wall Street Journal.

**Rate Limits:** Your rate cannot go higher than 25.00%, or lower than 3.25% over the life of the loan. Your rate can increase monthly by no more than 0.00%. Your rate can decrease monthly by no more than 0.00%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the 1st B.Day- WSJ Prime index, your margin, your loan balance of 83,366.00, and your remaining loan term of 22 months.

**Interest Only Payments:** Your new payment will not cover any principal. Therefore, making this payment will not reduce your loan balance.

**Prepayment Penalty:** None

Please continue to mail your payments as previously directed.  The title and telephone number of a person who will answer any question you may have regarding this notice is:

Name:  Angela Viale
Title: Asset Manager
Toll Free Number: (800) 603-0836,  ext: 2685

***If your account is not contractually current, the new payment amount will not go into effect until your loan is due for 09/21/2022.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| In Re: | Case No. 18-21868-kl |
| Robert Pilja<br>Kathryn S. Pilja | Chapter 13 |
| Debtors. | Judge Kent Lindquist |

**CERTIFICATE OF SERVICE**

I certify that on August 5, 2022, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Kimberly A. Mouratides, Debtors' Counsel
    Kimberly.mouratides@gmail.com

    Paul R. Chael, Trustee
    aimee@pchael13.com

    Office of the U.S. Trustee
    ustpregion10.so.ecf@usdoj.gov

I further certify that on August 5, 2022, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Robert Pilja, Debtor
    Kathryn S. Pilja, Debtor
    9429 Wildwood Drive
    Highland, IN 46322

                                                   Respectfully Submitted,

                                                   /s/ Molly Slutsky Simons
                                                 Molly Slutsky Simons (OH 0083702)
                                                 Sottile & Barile, Attorneys at Law
                                                 394 Wards Corner Road, Suite 180
                                                 Loveland, OH 45140
                                                 Phone: 513.444.4100
                                                 Email: bankruptcy@sottileandbarile.com
                                                 Attorney for Creditor